## BAKER *v.* STACY.

(157 Pac. 1071.)

**Appeal and Error—Grounds for Dismissing Appeal.**

1. Where the defendant, after perfecting an appeal, satisfies the judgment, his appeal on motion of plaintiff should be dismissed.

From Multnomah: GEORGE N. DAVIS, Judge.

This is an action by G. Evert Baker, trustee, and H. L. Ganoe, trustee, against Jennie H. Stacy. From a judgment in favor of plaintiffs, defendant appeals. Respondents file motion to dismiss the appeal upon the ground set forth in the opinion of the court.

MOTION ALLOWED.

*Mr. G. Evert Baker* and *Messrs. Ganoe, English & Ganoe,* for the motion.

*Mr. William M. La Force* and *Messrs. Ganoe, English & Ganoe, contra.*

In Banc. MR. JUSTICE McBRIDE delivered the opinion of the court.

1. The plaintiffs brought an action against the defendant to recover for rent due upon certain premises

leased to defendant, and recovered a judgment for the sum of $320, and $24.55 costs, upon which judgment they realized by execution the sum of $76.75. The defendant perfected an appeal to this court, but subsequently thereto tendered plaintiffs $280.21, being the balance then due upon the judgment, and demanded satisfaction of the judgment. Plaintiffs accepted the tender, satisfied the judgment upon the record, and now move to dismiss this appeal. As defendant has accepted the results of the judgment by paying it and obtaining a satisfaction upon the record, plaintiffs should not be put to the expense of filing briefs and further contesting the matter here.

The appeal is dismissed.        MOTION ALLOWED.